ARTHUR R. ISAACSON, Respondent, v. VICTORIA FADER, Appellant, and CHARLES

* Affd., 249 N. Y. 517.

Marceca and Another, Defendants. Edward J. Raftery, Respondent, v. Victoria Fader and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ.